474 A.2d 644

Commonwealth v. Rabuttino, Appellant.

Petition for Allowance of Appeal
Denied Aug. 30, 1984.

618

Submitted November 28, 1983. Michael A. DeFino, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.